UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> Plaintiff <br><br> vs. <br><br> LUIS M. VIDRO <br><br> Defendant(s) | CIVIL NO. 17-00124 |

PRAECIPE TO REISSUE SUMMONS

Kindly reissue the summons for the complaint filed on January 10, 2017.  The summons issued on January 10, 2017 was not received by our office.

Respectfully submitted,

KML Law Group, P.C.

By: _____
Rebecca A. Solarz, Esquire
Pennsylvania Attorney I.D. No. 315936
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA  19106-1532
(215) 825-6327

<u>UNITED STATES DISTRICT COURT</u>
<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>                    Plaintiff<br><br>vs.<br><br>LUIS M. VIDRO<br><br>                    Defendant(s) | CIVIL NO. 17-00124 |

I do hereby certify that service of the Praecipe to Reissue Summons and Certificate of Service was made upon:

LUIS M. VIDRO
2534 N. Fairhill Street
Philadelphia, PA 19133

by mailing a true and correct copy thereof, postage prepaid, on this 31 day of January, 2017.

Respectfully submitted,
KML Law Group, P.C.

By: _____
Brittni Augustin, Legal Assistant
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532
215-825-6470