# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff

CIVIL NO. 17-00124

vs.

LUIS M. VIDRO

    Defendant

## ORDER

AND NOW, this 15th day of May, 2017, upon consideration of Plaintiff's Motion to Extend Time to Make Service it is hereby

ORDERED and DECREED that Plaintiff's Motion to Extend Time to Make Service is granted.

_____ J.