# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>v.<br><br>LUIS M. VIDRO; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 17-00124<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS AND COMPLAINT**

I, D'WAYNE HENRIKSSON, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served LUIS M. VIDRO the above process on the 15 day of May, 2017, at 2:16 o'clock, PM, at 2534 N. FAIRHILL STREET PHILADELPHIA, PA 19133, County of Philadelphia, Commonwealth of Pennsylvania:

**Manner of Service:**

[X] By handing a copy at the residence of the Defendant(s) to an adult member of the family with whom he/she resides or to the adult person in charge of the residence because no adult family member was found *

[ ] By handing a copy at the residence of the Defendant(s) to the clerk or manager of the hotel, inn, apartment house or other place of lodging at which he/she resides *

[ ] By handing a copy at the office or usual place of business of the Defendant(s) to the Defendant's(s') agent or to the person for the time being in charge thereof *

* Name: **LUIS MORALES**
Relationship/Title/Position: **CO-RESIDENT**
Remarks: _____
Description: Approximate Age **36-40** Height **5'6** Weight **160** Race **HISPANIC** Sex **MALE** Hair **BLACK**
Military Status: [X] No [ ] Yes Branch: _____

Commonwealth/State of **PA** )
) SS:
County of **Berks** )

Before me, the undersigned notary public, this day, personally, appeared **D'Wayne Henriksson** to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)

Subscribed and sworn to before me
this **18** day of **May**, 20**17**.

_____
Notary Public

File Number: USA-158128
Case ID #: 4881453

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Township, Berks County
My Commission Expires November 18, 2017